# AMENDED CHAPTER 13 PLAN

Case No. __15-40061__

Debtor(s): __EARL WAYNE CHESTNUT, JR.__  SS# __XXX-XX-5247__  Net Monthly Earnings: __$4,037.07__

__AMANDA DENISE CHESTNUT__  SS# __XXX-XX-9501__  Number of Dependents: __1__

I. **Plan Payments:**
   [X] Debtor(s) propose to pay a periodic payment of $ __450.00__  [ ] weekly [ ] biweekly [ ] semi-monthly [X] monthly into the plan; or

   Length of plan is __60__ months, and the total debt to be paid through the plan is approximately $ __27,000.00__.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT0 [See §1322(a)(2)].
      The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| None | | | |

   B. Total Attorney Fee: $ __2,750.00__ ; $ __-0-__ paid pre-petition; balance to be paid by Trustee as funds become available.

   C. The holder of each SECURED CLAIM shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular pmt. to be paid | Regular Pmts. to begin: Mo./Yr | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on arearage | Proposed Fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| None | | $ _____ [ ] by Trustee [ ] by Debtor | | | | | |

   2. Secured Debts (not long term) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payment | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Kia Motors | 180.00 | 18,144.00 | 18,144.00 | 0 | 2013 Kia | 5.25 | 366.01 | Dec 2014 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amt. of Debt | Amount of Regular Payment | Description of Collateral Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. **Special Provisions:**
   [ ] This is an Original Plan.
   [x] This is an amended plan replacing plan dated __01/16/2015__.
   [ ] This plan proposes to pay unsecured creditors approximately __0__ %.
   [ ] Debtor [ ] assumes [ ] rejects lease and/or executory contract with _____.
   [ ] Other provisions: A. The secured claims of Farmers Furniture will be paid by surrendering the TV, washer & dryer securing the claim, with the creditor to be allowed an unsecured claim for any deficiency.

   B. The secured claim of United Consumer Finance will be paid by surrendering the vacuum securing the claim with the creditor to be allowed an unsecured claim for any deficiency.

   C. Debtors request Court approval of a 60 month plan for reason that (1) Debtors anticipate having to miss work in the future to provide care for their disabled 23 year old daughter, and (2) the extra time is needed to lower their monthly plan payment to provide for this contingency and to save Debtors' motor vehicle.

Attorney for Debtor Name/Address/Phone#

Dated: __01/27/2015__

/s/ __Earl Wayne Chestnut, Jr.__
Signature of Debtor

/s/ __Robert D. McWhorter, Jr.__
Robert D. McWhorter, Jr.
Inzer, Haney, McWhorter & Haney, LLC
P.O. Drawer 287
Gadsden, Alabama 35902
256-546-1656

/s/ __Amanda Denise Chestnut__
Signature of Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing amended plan has been served on the Chapter 13 Trustee and all creditors and parties in interest as shown on the attached mailing matrix by placing said copies in the US Mails, properly addressed with sufficient postage affixed First Class, this 27th day of January, 2015.

/s/ Robert D. McWhorter, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 15-40061-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue Jan 27 16:26:53 CST 2015 | U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | Alliance One<br>4850 Street Road<br>Suite 300<br>Trevose PA 19053-6643 |
| Capital One<br>P O Box 105131<br>Atlanta GA 30348-5131 | Carson Smithfield<br>P O Box 9216<br>Old Bethpage NY 11804-9016 | Dr Alberto Echeverri<br>900 Goodyear Avenue<br>Suite B<br>Gadsden AL 35903-1145 |
| (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | Fed Loan Servicing<br>P O Box 530210<br>Atlanta GA 30353-0210 | Fed Loan Servicing<br>P O Box 69184<br>Harrisburg PA 17106-9184 |
| Genesis Financial<br>c/o Web Bank<br>215 S State St Suite 800<br>Salt Lake City UT 84111-2339 | Genesis Financial Solutions<br>8705 SW Numbus Ave<br>Suite 3<br>Beaverton OR 97008-4038 | H & R Block<br>1 H and R Block Way<br>Kansas City MO 64105-1905 |
| H & R Block<br>P O Box 10170<br>Kansas City MO 64171-0170 | ITT<br>c/o General Revenue Corp<br>4660 Duke Dr Suite 300<br>Mason OH 45040-8466 | Kia Motor Finance<br>P O Box 20815<br>Fountain Valley CA 92728-0815 |
| Kia Motors Finance<br>P O Box 20829<br>Fountain Valley CA 92728-0829 | Liberty Finance<br>2 Sunflower Court<br>Centre AL 35960-2800 | Local Management<br>819 West Main Street<br>Centre AL 35960-1235 |
| Merrick Bank<br>P O Box 9201<br>Old Bethpage NY 11804-9001 | Professional Recovery Services<br>P O Box 1880<br>Voorhees NJ 08043-7880 | Richard Boudreau & Associates<br>6 Manor Parkway<br>Salem NH 03079-2841 |
| Riverview Regional Medical Cen<br>600 South 3rd Street<br>Gadsden AL 35901-5304 | Sallie Mae<br>11100 USA Parkway<br>Fishes IN 46037-9203 | Sallie Mae<br>P O Box 9655<br>Wilkes Barre PA 18773-9655 |
| SallieMae Private Credit<br>P O Box 9500<br>Wilkes Barre PA 18773-9500 | Security Finance<br>1 Sunflower Court<br>Centre AL 35960-2800 | Surgical Associates of Gadsden<br>c/o Bronson McGill & Robinson<br>P O Box 1189<br>Gadsden AL 35902-1189 |
| United Consumer Finance<br>865 Bassett Road<br>Westlake OH 44145-1194 | Amanda Denise Chestnut<br>310 Cedar Bluff Road<br>Centre, AL 35960-1404 | Earl Wayne Chestnut Jr.<br>310 Cedar Bluff Road<br>Centre, AL 35960-1404 |

Linda Baker Gore  
NON-PAYMENTS: P.O. Box 1338  
Gadsden, AL 35902

Robert D McWhorter Jr  
Post Office Drawer 287  
Gadsden, AL 35902-0287

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Farmers Furniture  
P O Box 1140  
Dublin GA 31040

| End of Label Matrix | |
|---|---|
| Mailable recipients | 31 |
| Bypassed recipients | 0 |
| Total | 31 |